Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Fread, et al. | Case No: 5:13-cv-01961 |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| Google, Inc. | |
| Defendant(s). | |

I, **Jim Wyly**, an active member in good standing of the bar of **Texas**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiff** in the above-entitled action. My local co-counsel in this case is **Kirk Wolden**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4004 Texas Boulevard<br>Texarkana, TX  75503 | 1111 Exposition Boulevard, Suite 602<br>Sacramento, CA  95815 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (903) 334-8646 | (916) 567-1111 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jwyly@wylyrommel.com | kirk@cwclawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **22100050**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/10/13

Jim Wyly
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Jim Wyly** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 12, 2013

*Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                           *October 2012*

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

May 07, 2013


RE:   **Mr. James Clark Wyly**
      State Bar Number - **22100050**

To Whom it May Concern:

This is to certify that Mr. James Clark Wyly was licensed to practice law in Texas on May 01, 1992 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.


Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh

